TDCJ Offender Details

*8313970*

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**   TDCJ Home   New Offender Search

# Offender Information Details

    Return to Search list

| | |
|---|---|
| **SID Number:** | 50092082 |
| **TDCJ Number:** | 01863382 |
| **Name:** | RENTERIASANCHEZ,LEONARDO |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1967-04-19 |
| **Maximum Sentence Date:** | 2042-06-25 |
| **Current Facility:** | ESTELLE |
| **Projected Release Date:** | 2024-09-07 |
| **Parole Eligibility Date:** | 2015-09-08 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2012-06-25 | POSS MARIH O/50 LBS | 2013-06-07 | DALLAS | F-1241228-H | 15-00-00 |
| | | | | | |